# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Furse, Evelyn J. | 2. Court or Organization  United States District Court for the District of Utah | 3. Date of Report  07/05/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Full time Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  1/1/2018  to  12/31/2018 |

**7. Chambers or Office Address**

Federal District Court, District of Utah
351 South West Temple
Salt Lake City, UT 84101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Devis LLC |
| 2. | Trustee | Trust #1 |
| 3. | Member | Park Avenue Rental Property 1 |
| 4. | Member | Park Avenue Rental Property 2 |
| 5. | Member | Woodside Rental Property 3 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Utah Retirement Systems, Defined Benefit Plan, No Control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 07/05/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2018 | Practising Law Institute, Book Royalties | $1,869.24 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Wasatch Powerbird Guides, Salary |
| 2. | 2018 | Powderbird Enterprises LLC, Self Employment, Managing Member |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 5/10-12/2018 | St. George, UT | Southern Utah Federal Bar Conference | Flight, Lodging, Meals |
| 2. | Utah Bar Association | 7/27-7/28/2018 | Sun Valley, ID | Utah Annual Bar Convention | Flight, Lodging, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 07/05/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationstar | Mortgage secured by property held by Devis, LLC in Salt Lake City, Utah | M |
| 2. | Chase Mortgage | Mortgage secured by real property located in Park City, Utah | M |
| 3. | DiTech LLC | Mortgage secured by property held by Devis, LLC in Salt Lake City, Utah | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 07/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 Assets (H) | | | | | | | | | |
| 2. -Retirement Plan 1 (H) | | | | | | | | | |
| 3. --Fid Adv Small Cap Fd A | | None | | | Distributed | 12/06/18 | J | | |
| 4. --Invsco VK Gr Inc A | | None | | | Distributed | 12/06/18 | J | | |
| 5. --JPM VK Intl Equity Fd | | None | | | Distributed | 12/06/18 | J | | |
| 6. --NW Mny Mkt | | None | | | Distributed | 12/06/18 | J | | |
| 7. --PIMCO Ttl Rtn A | | None | | | Distributed | 12/06/18 | J | | |
| 8. --American Funds Washington Mutual | | None | J | T | Open | 12/06/18 | J | | |
| 9. --DFA World ex US Core Eq Instl | | None | J | T | Open | 12/06/18 | J | | |
| 10. --Fidelity Small Cap Index Premium | | None | J | T | Open | 12/06/18 | J | | |
| 11. --PGIM Total Return Bond R4 | A | Int./Div. | J | T | Open | 12/06/18 | J | | |
| 12. --Standard Stable Asset I Fixed | A | Int./Div. | J | T | Open | 12/06/18 | J | | |
| 13. -Retirement Plan 2 (H) | | | | | | | | | |
| 14. --Janus Henderson Enterprise N | | None | L | T | | | | | |
| 15. --Charles Schwab Pooled Stable Value Fund | | None | J | T | | | | | |
| 16. -Individual Retirement Account 1 (H) | | | | | | | | | |
| 17. --FDIC insured deposit at Wells Fargo IRA | A | Int./Div. | K | T | Sold (part) | 01/05/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Fidelity Small Cap Growth | | None | L | T | Buy | 01/05/18 | L | | |
| 19. --Calvert Emerging Markets Equity CL A | | None | K | T | Buy | 01/08/18 | L | | |
| 20. --Parnassus Endeavor Fund | | None | K | T | Buy | 01/05/18 | L | | |
| 21. -Retirement Plan 3 (H) | | | | | | | | | |
| 22. --Utah Retirement Systems, Defined Contribution Plans | | None | M | T | | | | | |
| 23. -Zions Bank Accts | A | Interest | N | T | | | | | |
| 24. -Wells Fargo Accts | A | Interest | K | T | | | | | |
| 25. -Alysheba Fund | | None | | | Distributed | 03/29/18 | M | | |
| 26. -Vanguard | | | | | | | | | |
| 27. --Vanguard Fed. Money Market Fund | B | Int./Div. | K | T | Buy | 03/29/18 | N | | |
| 28. | | | | | Sold (part) | 07/02/18 | N | | |
| 29. --Vanguard Short-Term Tax-Exempt Adm | B | Int./Div. | N | T | Buy | 07/02/18 | N | | |
| 30. Costal Community Credit Union Accts | A | Interest | K | T | | | | | |
| 31. Park Avenue Rental Property 1 Park City Utah | D | Rent | O | W | | | | | |
| 32. Park Avenue Rental Property 2, Park City Utah | A | Rent | O | W | | | | | |
| 33. Woodside Rental Property 3, Park City Utah | D | Rent | O | W | | | | | |
| 34. Powderbird Enterprises LLC | D | Distribution | | | Sold | 12/07/18 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 07/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Devis, LLC, Salt Lake City, Utah | E | Rent | O | W | | | | | |
| 36. American Express Bank Acct | B | Interest | M | T | | | | | |
| 37. Chase Bank Acct | B | Interest | M | T | | | | | |
| 38. Fidelity Core Acct (H) | | | | | | | | | |
| 39. -Fidelity Cash Management Account | A | Interest | L | T | | | | | |
| 40. -Fidelity Cash Reserves Account | A | Interest | J | T | | | | | |
| 41. -Fidelity Municipal Income | D | Dividend | L | T | | | | | |
| 42. -Fidelity Growth Discovery | | None | K | T | | | | | |
| 43. -Health Equity | | None | K | T | Buy (add'l) | 01/18/18 | J | | |
| 44. | | | | | Sold (part) | 06/26/18 | K | D | |
| 45. | | | | | Buy (add'l) | 08/29/18 | K | | |
| 46. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 47. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 48. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 49. | | | | | Sold (part) | 11/05/18 | J | D | |
| 50. | | | | | Buy (add'l) | 11/16/18 | K | | |
| 51. | | | | | Buy (add'l) | 11/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 07/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Janus Retirement | A | Interest | M | T | | | | | |
| 53. -Janus Money Market Fund | A | Interest | L | T | | | | | |
| 54. -Janus Research Fund D | | None | M | T | | | | | |
| 55. Lady Smith & District Credit Union | A | Int./Div. | K | T | | | | | |
| 56. Mattersite Corp. (stock) | | | | | Sold | 05/04/18 | J | C | |
| 57. Fidelity Cap & Income | | None | | | Buy | 01/18/18 | K | | |
| 58. | | | | | Sold | 11/50/18 | K | D | |
| 59. Vivint Solar | | None | J | T | Buy | 02/05/18 | J | | |
| 60. Fidelity Asset Manager | | None | K | T | Buy | 06/06/18 | K | | |
| 61. Liberty Allstar Equity | | None | K | T | Buy | 06/11/18 | K | | |
| 62. Fidelity New Millenium | | None | K | T | Buy | 09/14/18 | K | | |
| 63. Resided Technology | | None | K | T | Buy | 11/29/18 | K | | |
| 64. USA Compression | | None | K | T | Buy | 11/30/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 07/05/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 07/05/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Evelyn J. Furse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544